KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant MAYRA GUTIERREZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-00363 GSA |
| Plaintiff, ) | |
| ) | ORDER TO RESCHEDULE REVIEW HEARING FROM AUGUST 7, 2014 AT 10:00 A.M. TO SEPTEMBER 4, 2014 at 10:00 a.m. |
| v. ) | |
| ) | |
| MAYRA GUTIERREZ, ) | |
| Defendant. ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the review hearing of MAYRA GUTIERREZ, Defendant, previously set for August 7, 2014 at 10:00 a.m., be reset for September 4, 2014 at 10:00 a.m. before the Honorable Stanley A. Boone, Magistrate Judge of the Eastern District, Dept. 9.

IT IS SO ORDERED.

Dated:  **March 5, 2014**

_____
UNITED STATES MAGISTRATE JUDGE